JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE CLARENCE SHERMAN, | CASE NO. CV 19-8038-PJW |
| Petitioner, | |
| v. | J U D G M E N T |
| RALPH DIAZ, SECRETARY, CDCR, | |
| Respondent. | |

Pursuant to the Memorandum Opinion and Order filed herewith,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: March 30, 2020

PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-State Habeas\SHERMAN, W 8038\Judgment.wpd